**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ZIYANNIE LABOY,** *et. al.,* | : | **CIVIL ACTION** |
| | : | |
| Plaintiffs, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 26-889** |
| **GEICO SECURE INSURANCE CO.,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 30th day of June, 2026, upon consideration of GEICO Secure Insurance Company's Motion to Dismiss Petition (ECF No. 5), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Count I is **DISMISSED WITHOUT PREJUDICE**; and

2. Count II is **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____

Hon. Mia R. Perez